IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America, et al. *ex rel.* Jonathan Mayer,<br><br>　　　　　Plaintiff-Relator,<br><br>　　v.<br><br>ADCS Clinics, LLC;<br>ADCS Billings, LLC;<br>Advanced Dermatology of Alabama, Inc.;<br>Advanced Dermatology of Arizona, PC;<br>Advanced Dermatology of Colorado, PC;<br>Advanced Dermatology of Georgia, LLC;<br>Advanced Dermatology of Maryland, PC;<br>Advanced Dermatology of Michigan, PC;<br>Advanced Dermatology of Ohio, Inc.;<br>Advanced Dermatology of Pennsylvania, PC;<br>Advanced Dermatology of Rhode Island, PC;<br>Advanced Dermatology of S.C., PC;<br>Advanced Dermatology of Virginia, Inc.;<br>Advanced Dermatology of Wyoming, Inc.;<br>Leavitt Medical Associates of Florida, Inc.;<br>Leavitt Medical Associates of Nevada, P.C.;<br>Skin Pathology Associates, LLC;<br>Harvest Partners, LP;<br>Audax Management Company, LLC; and<br>Audax Group, LP,<br><br>　　　　　Defendants. | Civil Action No. 21-cv-5303 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant ADCS Clinics, LLC certifies as follows:

 (a) The nongovernmental corporate party, ADCS Clinics, LLC, in the above listed civil action is a wholly owned subsidiary of ADCS Clinics Intermediate Holdings, LLC.

1

(b) ADCS Clinics Intermediate Holdings, LLC is a wholly owned subsidiary of ADCS Intermediate Target, LLC.

(c) No publicly held corporation owns 10% or more of any stock of ADCS Clinics, LLC, ADCS Clinics Intermediate Holdings, LLC, or ADCS Intermediate Target, LLC.

Dated:  August 1, 2024

Respectfully submitted,
/s/ James T. Kitchen
James T. Kitchen
**Jones Day**
500 Grant St.
Pittsburgh, PA 15219
PA Bar Number: 308565
Tel: (414) 394-7272
jkitchen@jonesday.com

Rebecca C. Martin (*pro hac vice*)
**Jones Day**
250 Vesey Street
Tel: (212) 326-3939
Fax: (212) 755-7306
New York, New York 10281
rcmartin@jonesday.com

*Attorneys for Defendant ADCS Clinics, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    /s/   James T. Kitchen
                                                    Counsel for the above Defendant