IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America, et al. *ex rel.* Jonathan Mayer,<br><br>　　　　　Plaintiff-Relator,<br><br>　　v.<br><br>ADCS Clinics, LLC;<br>ADCS Billings, LLC;<br>Advanced Dermatology of Alabama, Inc.;<br>Advanced Dermatology of Arizona, PC;<br>Advanced Dermatology of Colorado, PC;<br>Advanced Dermatology of Georgia, LLC;<br>Advanced Dermatology of Maryland, PC;<br>Advanced Dermatology of Michigan, PC;<br>Advanced Dermatology of Ohio, Inc.;<br>Advanced Dermatology of Pennsylvania, PC;<br>Advanced Dermatology of Rhode Island, PC;<br>Advanced Dermatology of S.C., PC;<br>Advanced Dermatology of Virginia, Inc.;<br>Advanced Dermatology of Wyoming, Inc.;<br>Leavitt Medical Associates of Florida, Inc.;<br>Leavitt Medical Associates of Nevada, P.C.;<br>Skin Pathology Associates, LLC;<br>Harvest Partners, LP;<br>Audax Management Company, LLC; and<br>Audax Group, LP,<br><br>　　　　　Defendants. | Civil Action No. 21-cv-5303 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant

Advanced Dermatology of Alabama, Inc. certifies as follows:

　　　　The nongovernmental corporate party, Advanced Dermatology of Alabama, Inc., in the

　　　　above listed civil action does not have any parent corporation or any publicly held

　　　　corporation that owns 10% or more of its stock.

| | |
|---|---|
| Dated: August 1, 2024 | Respectfully submitted,<br>*/s/* James T. Kitchen<br>James T. Kitchen<br>**Jones Day**<br>500 Grant St.<br>Pittsburgh, PA 15219<br>PA Bar Number: 308565<br>Tel: (414) 394-7272<br>jkitchen@jonesday.com<br><br>Rebecca C. Martin (*pro hac vice*)<br>**Jones Day**<br>250 Vesey Street<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br>New York, New York 10281<br>rcmartin@jonesday.com<br><br>*Attorneys for Defendant Advanced Dermatology of Alabama, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF.

 

 /s/   James T. Kitchen
Counsel for the above Defendant