**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JONATHAN MAYER,** | : | **CIVIL ACTION** |
| *Plaintiff-Relator*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ADCS CLINICS, LLC,** *et al.*, | : | |
| *Defendants*. | : | **NO. 21-cv-5303** |

**ORDER**

**AND NOW,** this **4th** day of **October 2024**, upon consideration of the Motion to Dismiss the Amended Complaint (ECF No. 96) filed by ADCS Clinics, LLC; ADCS Billings, LLC; Advanced Dermatology of Alabama, Inc.; Advanced Dermatology of Arizona, PC; Advanced Dermatology of Colorado, PC; Advanced Dermatology of Georgia, LLC; Advanced Dermatology of Maryland, PC; Advanced Dermatology of Michigan, PC; Advanced Dermatology of Ohio, Inc.; Advanced Dermatology of Pennsylvania, PC; Advanced Dermatology of Rhode Island, PC; Advanced Dermatology of South Carolina, PC; Advanced Dermatology of Virginia, Inc.; Advanced Dermatology of Wyoming, Inc.; Leavitt Medical Associates of Florida, Inc.; Leavitt Medical Associates of Nevada, PC; and Skin Pathology Associates, LLC (the "Healthcare Defendants"), it is hereby **ORDERED** that this Motion is **GRANTED** as to Count IV and **DENIED** as to Counts I and V-XII, for the reasons stated in the Court's Memorandum.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**