IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN MAYER,** | : | **CIVIL ACTION** |
| *Plaintiff-Relator*, | : | |
| | : | |
| v. | : | |
| | : | |
| **ADCS CLINICS, LLC,** *et al.*, | : | |
| *Defendants*. | : | NO. 21-cv-5303 |

**ORDER**

**AND NOW,** this **11th** day of **October 2024**, upon consideration of the Healthcare Defendants and Harvest Partners, LP's Motion to Transfer Venue to the U.S. District Court for the Middle District of Florida[1] (ECF No. 98), Relator's Response in Opposition (ECF No. 106), Healthcare Defendants and Harvest's Reply in Support (ECF No. 118), and Relator's Sur-Reply in Opposition (ECF No. 119), it is hereby **ORDERED** this Motion is **DENIED**, for the reasons stated in the Court's Memorandum.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] The Healthcare Defendants are ADCS Clinics, LLC; ADCS Billings, LLC; Advanced Dermatology of Alabama, Inc.; Advanced Dermatology of Arizona, PC; Advanced Dermatology of Colorado, PC; Advanced Dermatology of Georgia, LLC; Advanced Dermatology of Maryland, PC; Advanced Dermatology of Michigan, PC; Advanced Dermatology of Ohio, Inc.; Advanced Dermatology of Pennsylvania, PC; Advanced Dermatology of Rhode Island, PC; Advanced Dermatology of South Carolina, PC; Advanced Dermatology of Virginia, Inc.; Advanced Dermatology of Wyoming, Inc.; Leavitt Medical Associates of Florida, Inc.; Leavitt Medical Associates of Nevada, PC; and Skin Pathology Associates, LLC.

Defendant Harvest Partners, LP was dismissed from this action pursuant to the Court's Order of September 26, 2024 (ECF No. 116).