IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN MAYER,** | : | **CIVIL ACTION** |
| *Plaintiff-Relator*, | : | |
| | : | |
| v. | : | |
| | : | |
| **ADCS CLINICS, LLC,** *et al.*, | : | No. 21-cv-5303 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **16th day** of **April 2025**, upon consideration of Inspired Dermatology, PLLC's Motion to Quash a Subpoena (ECF No. 165), the parties' responses (ECF Nos. 172, 173), Defendants' Motion to Compel Discovery Responses from Relator (ECF No. 170), the parties' responses (ECF Nos. 174, 176, and 177), and the docket, it is hereby **ORDERED** as follows:

1. Inspired Dermatology, PLLC's Motion (ECF No. 165) is **GRANTED**.

2. Defendants' Motion (ECF No. 170) is **GRANTED** in part and **DENIED** in part.

3. If there continue to be discovery disputes in this case, the Court will order a special master for discovery.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**