IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN MAYER,** | : | **CIVIL ACTION** |
| *Plaintiff-Relator,* | : | |
| | : | |
| v. | : | |
| | : | |
| **ADCS CLINICS, LLC,** *et al.*, | : | |
| *Defendants.* | : | **No. 21-cv-5303** |

## ORDER

**AND NOW**, this **20th** day of **August 2025**, upon review of Relator's Motion to Compel (ECF No. 214), Defendants' Opposition (ECF No. 224), Relator's Reply (ECF Nos. 226, 227), the Parties' Status Report (ECF No. 230), and the docket, it is hereby **ORDERED** that Relator's Motion (ECF No. 214) is **GRANTED** in part and **DENIED** in part, as set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**