# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN MAYER,** | : | **CIVIL ACTION** |
| *Plaintiff-Relator,* | : | |
| | : | |
| v. | : | |
| | : | |
| **ADCS CLINICS, LLC,** *et al.*, | : | |
| *Defendants.* | : | **No. 21-cv-5303** |

## ORDER

**AND NOW**, this **9th** day of **September 2025**, upon review of Relator's Motion to Compel (ECF No. 230 at 21–23), this Court's August 19, 2025 Order (ECF No. 231 at 1), Defendants' Opposition (ECF No. 236), Relator's Reply (ECF Nos. 237, 238), and Defendants' Sur-Reply (ECF No. 239), it is hereby **ORDERED** that Relator's Motion (ECF No. 230 at 21–23) is **GRANTED** in part and **DENIED** in part, as set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**