IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN MAYER,** | : | **CIVIL ACTION** |
| *Plaintiff-Relator,* | : | |
| | : | |
| v. | : | |
| | : | |
| **ADCS CLINICS, LLC,** *et al.*, | : | |
| *Defendants.* | : | No. 21-cv-5303 |

**ORDER**

**AND NOW**, this **5th** day of **November 2025**, upon review of Relator's Motion to Strike Defendants' Expert Rebuttal Reports (ECF No. 245), Defendants' Opposition (ECF No. 247), Relator's Reply (ECF No. 249), Defendants' Sur-Reply (ECF No. 250), and the docket, it is hereby **ORDERED** as follows:

1. Relator's Motion (ECF No. 245) is **GRANTED** in part and **DENIED** in part. The Motion is denied with respect to: (1) Opinion 4 and the Conclusion of the Bernstein Report and (2) the Rigel Report. The Motion is granted in part with respect to: (1) Opinion 7 of the Bernstein Report and (2) the Barsky Report, as set forth in the accompanying Memorandum Opinion.

2. Accordingly, Relator shall have until **December 3, 2025** to file a rebuttal expert report solely to rebut or contradict Opinion 7 of the Bernstein Report, and

3. Defendants shall have until **November 19, 2025** to revise and resubmit the Barsky Report for the sole purpose of addressing the deficiencies discussed by the accompanying Memorandum Opinion. Relator shall file any motion to strike the revised Barsky Report, if applicable, on or before **November 26, 2025**, and Defendants shall respond on or before **December 3, 2025**.

4. In light of the above, the deadline to file any motions for summary judgment and

2

*Daubert* motions is **EXTENDED** until **December 22, 2025, at 12:00 p.m.** Response(s) to any such motion(s) shall be filed within **twenty-one (21)** days of service of the motion.

5. All other deadlines (ECF No. 244) are subject to a forthcoming scheduling order.

6. The Parties shall propose any redactions to the accompanying Memorandum Opinion on or before **November 12, 2025**. If no redactions are proposed, the Clerk of Court shall unseal the Opinion on **November 13, 2025**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**