IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN MAYER,** | : | **CIVIL ACTION** |
| *Plaintiff-Relator,* | : | |
| | : | |
| v. | : | |
| | : | |
| **ADCS CLINICS, LLC,** *et al.*, | : | |
| *Defendants.* | : | **No. 21-cv-5303** |

# ORDER

**AND NOW**, this **12th** day of **November 2025**, upon review of the Court's November 5, 2025 Order and Accompanying Memorandum Opinion (ECF Nos. 252, 253); November 12, 2025 correspondence from the Parties regarding redactions; and the docket, it is hereby **ORDERED** as follows:

1. Defendants' proposed redaction is **APPROVED**, as reflected by the accompanying redacted memorandum opinion. The accompanying opinion serves as a redacted version of the Court's November 5, 2025 opinion (ECF No. 252).

2. The Clerk of Court shall **MAINTAIN** the November 5, 2025 opinion (ECF No. 252) under seal.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**