IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN MAYER,** | : | **CIVIL ACTION** |
| *Plaintiff-Relator,* | : | |
| | : | |
| v. | : | |
| | : | |
| **ADCS CLINICS, LLC,** *et al.*, | : | |
| *Defendants.* | : | No. 21-cv-5303 |

## ORDER

**AND NOW**, this **9th** day of **December 2025**, upon review of Relator's Motion to Strike the Amended Expert Report of Troy Barsky (ECF No. 262), Defendants' Opposition (ECF No. 265), Relator's Reply (ECF No. 266), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 262) is **DENIED**, except as to the portion of paragraph 57 of the revised Barsky Report identified in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**