## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN MAYER,** | : | **CIVIL ACTION** |
| *Plaintiff-Relator,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ADCS CLINICS, LLC,** *et al.*, | : | |
| *Defendants.* | : | **No. 21-cv-5303** |

## ORDER

**AND NOW**, this **10th** day of **February 2026**, upon consideration of Defendants' Motion for Judgment on the Pleadings or to Dismiss for Lack of Subject-Matter Jurisdiction (ECF No. 271), the Government's Statement of Interest Regarding the Motion (ECF No. 297), and Relator's Opposition to the Motion (ECF No. 298), it is hereby **ORDERED** that the Motion (ECF No. 271) is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**