### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN MAYER,** | : | **CIVIL ACTION** |
| *Plaintiff-Relator*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ADCS CLINICS, LLC,** *et al.*, | : | |
| *Defendants*. | : | **NO. 21-cv-5303** |

### ORDER

**AND NOW,** this **20th** day of **March 2026**, upon consideration of Defendants'[1] Motion to Strike (ECF No. 317), Relator's Response in Opposition (ECF No. 321), Defendants' Reply (ECF No. 327), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Strike (ECF No. 317) is **GRANTED** for the reasons stated in accompanying Memorandum.

2. The expert report of Neal Barker (the "Barker Report") (ECF No. 309-15) is **STRICKEN**.

3. The portions of Relator's Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 309 at 45–56) that rely on the Barker Report is **STRICKEN**.

> **BY THE COURT:**
>
> **/s/ Chad F. Kenney**
>
> _____
>
> **CHAD F. KENNEY, JUDGE**

---

[1] The term "Defendants" refers collectively to ADCS Clinics, LLC, ADCS Billings, LLC, Advanced Dermatology of Pennsylvania, PC, Advanced Dermatology of Colorado, P.C., Advanced Dermatology of Alabama, Inc., Advanced Dermatology of Arizona, PC, Advanced Dermatology of Georgia, LLC, Advanced Dermatology of Maryland, PC, Advanced Dermatology of Michigan, PC, Advanced Dermatology of Ohio, Inc., Advanced Dermatology of Rhode Island, PC, Advanced Dermatology of S.C., PC, Advanced Dermatology of Virginia, Inc., Advanced Dermatology of Wyoming, Inc., Leavitt Medical Associates of Florida, Inc., Leavitt Medical Associates of Nevada PC, and Skin Pathology Associates, LLC.